HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANGELA C. C. VIRAMONTES (Bar No. 228228)
Deputy Federal Public Defender
(E-Mail: Angela_Viramontes@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Material Witnesses
Bernardo Lopez-Gonzalez; Roberto Diaz-Rios; Jose Roberto Barajas-Duran; Eliseo Rodriguez-Diaz; Sergio Montalvo-Cantu; and Eduardo Salvador Barajas-Duran

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT LEE GILLIAM III,<br><br>  Defendant. | Case No. ED 19-00329M<br><br>NOTICE OF REASSIGNMENT OF COUNSEL FOR MATERIAL WITNESSES |

Notice is hereby given that the material witnesses in the above-entitled case have been reassigned to Deputy Federal Public Defender Angela C. C. Viramontes, in place and instead of Roger Ponce. Please make all necessary entries to the court's Case Management/Electronic Case Filing System to accurately reflect this reassignment and to ensure that defense counsel receives all notifications relating to filings in this case.

                                         Respectfully submitted,

                                         HILARY POTASHNER
                                         Federal Public Defender

DATED: June 13, 2019          By  /s/ Angela C. C. Viramontes
                                         ANGELA C. C. VIRAMONTES
                                         Deputy Federal Public Defender